JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREATIVE INTELLECTS INC. and INTELLECTS CAPITAL LLC, Individually and Derivatively on Behalf of Nominal Defendants ATLANTIC CROSS EQUIPMENT, LLC and A.X.E., LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> PATRICK HAYGOOD, ROBERT THOMPSON, TRACEY RENEE MCKINNEY, RESERVATION LAND MANAGEMENT (A PROFESSIONAL CORPORATION), and SABINE HOLDINGS, LLC, <br><br> Defendants, <br><br> and <br><br> ATLANTIC CROSS EQUIPMENT, LLC, and A.X.E., LLC, <br><br> Nominal Defendants. <br> PATRICK HAYGOOD, TRACEY RENEE MCKINNEY, RESERVATION LAND MANAGEMENT, ATLANTIC CROSS EQUIPMENT, LLC, AND A.X.E., LLC <br><br> Counter-Claim Plaintiffs, <br><br> v. | Civil Action No. 2:21-cv-02670-RGK-AFM <br><br> Judge: Hon. R. Gary Klausner <br><br> [PROPOSED] JUDGMENT  [116] <br><br> NOTE: CHANGES MADE BY THE COURT |

ROBERT THOMPSON, an individual person,

Counter-Claim Defendants.

Plaintiffs Creative Intellects Inc. and Intellects Capital LLC ("Plaintiffs") brought the present action for statutory securities violations, fraud, breach of fiduciary duty, breach of contract, unfair competition, and conversion against defendants ROBERT THOMPSON ("Thompson") and SABINE HOLDINGS, LLC ("Sabine"), seeking an award of damages, attorneys' fees, and pre- and post-judgment interest on all such amounts at the maximum legal rate.

The Court took Plaintiffs' Motion for Entry of Default Judgment against Thompson and Sabine (the "Motion") under submission and, after considering the Motion and all supporting evidence and other matters presented to the Court granted the Motion and entered an order thereon on July 14, 2022. (ECF 115). For the reasons set forth in the Court's order, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Judgment is entered in favor of Plaintiffs and against Thompson and Sabine, with prejudice.

2. Defendants Thompson and Sabine are ordered to pay Plaintiffs, individually, monetary relief in the amount of Two Million, One Hundred Thousand Dollars ($2,100,000), plus pre-judgment interest of $73,382.14.

3. Defendants Thompson and Sabine are ordered to pay Plaintiffs, derivatively on behalf of ACE, monetary relief in the amount of Seven Hundred Forty-Three Thousand, Eight Hundred Forty Dollars ($743,840), plus prejudgment interest of $25,494.09.

4. Defendants Thompson and Sabine are ordered to pay Plaintiffs, derivatively on behalf of AXE, monetary relief in the amount of Thirty-Six Thousand

Dollars ($36,000), plus prejudgment interest of $1201.88.

5. Defendant Thompson is ordered to pay Plaintiffs, derivatively on behalf of ACE, monetary relief in the amount of Five Million Dollars ($5,000,000), plus pre-judgment interest of $191,910.03.

6. Defendant Sabine is ordered to pay Plaintiffs, derivatively on behalf of AXE, monetary relief in the amount of Five Hundred Fifty-Five Thousand and Five Hundred Fifty-Five Dollars ($555,555), plus pre-judgment interest of $18,816.32.

7. Post-judgment interest shall accrue on the Award as determined pursuant to 28 U.S.C. § 1961, beginning on the date Judgment is entered.

IT IS SO ORDERED

DATED: 7/19/2022

_____
THE HON. R. GARY KLAUSNER